UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

AZARNOUSH NAZARI,

                            Plaintiff,

                -against-

SUSAN QUINTANA,

                            Defendant.

22-CV-9812 (RA)

ORDER

RONNIE ABRAMS, United States District Judge:

On August 28, 2024, Plaintiff filed a motion to redact portions of the Court's July 24, 2023 memorandum opinion and order in this action. "[W]here . . . a party fails to take immediate steps to request that publicly filed materials be sealed, its request to redact or seal may be denied for that reason." *Fischman v. Mitsubishi Chem. Holdings Am., Inc.*, 2019 WL 3034866, at *2 (S.D.N.Y. July 11, 2019) (collecting cases); *cf. Miller v. City of Ithaca*, 2013 WL 12310675, at *1 (N.D.N.Y. Feb. 15, 2013) ("[T]his information became public the moment it was uttered [in open court] and cannot be redacted after-the-fact."); *United States v. Colon*, 2023 WL 8281766, at *1 (S.D.N.Y. Nov. 29, 2023) ("[T]here is no legal basis to seal information that has been voluntarily made public."). Accordingly, Plaintiff's motion is hereby denied.

SO ORDERED.

Dated:    August 30, 2024
          New York, New York

RONNIE ABRAMS
United States District Judge